**[Dogmrrvd]** [District Order Granting Motion for Reconsideration of Order Dismissing Case and Reinstating Case]

ORDERED.

Dated: December 4, 2023

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:  Case No.
6:23–bk–04484–LVV
Chapter 13

Jose D. Perez

_____Debtor*_____/

### ORDER GRANTING MOTION TO SET ASIDE ORDER DISMISSING CASE, REINSTATE CASE AND RESCHEDULING 341 MEETING AND INITIAL CONFIRMATION HEARING AND EXTENDING DEADLINES

THIS CASE came on for consideration without a hearing of the Motion To Set Aside Order Dismissing Case, Reinstate the Case (the "Motion") filed by Debtor (Document No. 14 ). The Court has considered the Motion and finds that it is well taken and should be granted. Accordingly, it is

**ORDERED:**

1. The Motion is hereby granted.

2. The Order Dismissing Case is vacated, and the case is reinstated.

3. The Debtor is directed to attend a rescheduled meeting of creditors which will be held on January 4, 2024 at 09:00 AM. Trustee: Laurie K Weatherford. Meeting will be held via Zoom. Go to Zoom.us/join, enter meeting ID 536 996 6373, and passcode 3958355040, or call 321–758–1669.

4. Pursuant to Fed. R. Bankr. P. 4004(b) and 4007(c) and Local Rules 4004–2(a) and 4007–1(a), the Court extends the deadline for filing complaints to determine the dischargeability of a debt under 11 U.S.C. § 523 and complaints or motions objecting to the debtor's discharge under 11 U.S.C. § 727 or 11 U.S.C. § 1328(f) through March 4, 2024.

5. The deadline for creditors to file a proof of claim is extended through February 12, 2024.

6. The Initial Confirmation Hearing will be held on January 30, 2024 at 09:01 AM in Courtroom 6C, 6th Floor, George C. Young Courthouse, 400 West Washington Street, Orlando, FL 32801.

.

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.