UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION

IN RE:

JOSE D. PEREZ,                                              CASE NO.: 6:23-bk-04484-LVV
                                                            CHAPTER 13

      Debtor(s).

_____/

**CREDITOR'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**
*Subject Property: 9834 PALMETTO DUNES COURT, ORLANDO, FL 32832*

      Creditor, THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Indenture Trustee for Newcastle Mortgage Securities Trust 2006-1 ("Creditor"), through its undersigned counsel and pursuant to 11 U.S.C. § 1325, hereby objects to confirmation of the Debtor's, Jose D. Perez ("Debtor"), Chapter 13 Plan [D.E. 18], and in support thereof, states:

      1.    **Summary of Objection**:  The Debtor's Chapter 13 Plan fails to comply with the requirements imposed by the Bankruptcy Code as it does not adequately protect the Creditor's secured interest in the subject property and conform to the Debtor's contractual obligations under the Note and Mortgage.

      2.    **Summary of Facts**: The Debtor filed this voluntary Chapter 13 proceeding on October 25, 2023.  The Creditor is a secured creditor, holding a security interest in the subject property located at 9834 PALMETTO DUNES COURT, ORLANDO, FL 32832 (the "Property").

      3.    **The Plan Fails to Conform to the Creditor's Business Records** : The Plan fails to provide for any arrears or contractual payments towards Creditors claim. The Claims Bar Date is January 3, 2024. Upon information and belief, Creditor will file a Proof of Claim evidencing its lien on the Property, with a total amount due of approximately $271,509.71, current regular monthly payments of $1,669.31 (as of November 11, 2023), and arrearages in excess of $5,065.14. Creditor objects to any plan that fails to

either pay Creditor pursuant to its Proof of Claim (as provided above), surrenders the Property, or pays Creditor directly outside the Plan.

4. **The Plan is Not Feasible**: Based on a review of the Debtor's schedules and the Plan, the Creditor objects to the feasibility of this Plan and requests this Court to require the Debtor to establish the feasibility.

**WHEREFORE**, Creditor, THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK as successor in interest to JP Morgan Chase Bank, N.A. as Indenture Trustee for Newcastle Mortgage Securities Trust 2006-1, respectfully requests this Court to deny the confirmation of the Debtor's Chapter 13 Plan, require the Debtor(s) to conform the Plan to the Creditors records and for any such further relief this Court deems proper and just.

By: /s/ Ida A. Moghimi-Kian
Ida A. Moghimi-Kian
Florida Bar No. 56395
Diaz Anselmo & Associates, P.A.
**Attorneys for Creditor**
P.O. BOX 19519
Fort Lauderdale, FL 33318
Phone: (954) 564-0071
Fax:  (954) 564-9252
IMoghimi-Kian@dallegal.com

File No. 1463-196000

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this day, December 5, 2023, a copy of the foregoing was furnished electronically and/or via first class U.S. Mail upon:

JOSE D. PEREZ
1700 WODBURY RD 3305
ORLANDO, FL 32828
*Pro Se Debtor(s)*

LAURIE K WEATHERFORD
P.O BOX 3450
WINTER PARK, FL 32790
*Trustee*

UNITED STATES TRUSTEE- ORL 7/13
GEORGE C YOUNG FEDERAL BUILDING
400 WEST WASHINGTON STREET, SUITE 1100
ORLANDO, FL 32801
*U.S. Trustee*

    Diaz Anselmo & Associates, P.A.
    **Attorneys for Creditor (SHD No. 1463-196000)**
    P.O. BOX 19519
    Fort Lauderdale, FL 33318
    Phone: (954) 564-0071
    Fax:  (954) 564-9252
    By:  /s/ Ida A. Moghimi-Kian
        Ida A. Moghimi-Kian
        Florida Bar No.56395
        IMoghimi-Kian@dallegal.com