[Doidfees] [Order Impending Dismissal]

ORDERED.

**Dated: January 24, 2024**

Lori V. Vaughan
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                     Case No.
                                                                                           6:23–bk–04484–LVV
                                                                                           Chapter 13

Jose D. Perez

_____Debtor*_____/

### ORDER OF IMPENDING DISMISSAL

    THIS CASE came on for consideration of the Court's own motion to consider the entry of an appropriate order. The Court has considered the record and finds that on  December 4, 2023 , the Court entered an Order Approving Payment of the Filing Fee in Installments . The Debtor has failed to comply with the order by failing to remit the balance due in the amount of  $ 313.00 .

    Accordingly, it is

    **ORDERED:**

    1. Within 14 days of this Order, the Debtor shall remit the unpaid balance of the filing fee in the amount of  $ 313.00  by cashier's check or money order payable to Clerk, U.S. Bankruptcy Court at

Clerk, U.S. Bankruptcy Court,
George C. Young Federal Courthouse
400 West Washington Street
Suite 5100
Orlando, FL 32801

    2. If the Debtor does not pay the unpaid balance of the filing fee within 14 days of the date of this Order, the Court will enter an order dismissing the case without further notice or hearing.

Clerk's Office to Serve this Order on interested parties.
*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.